968

No. 81–1752. HOWARD *v.* BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF WELD, COLORADO, ET AL. Appeal from Sup. Ct. Colo. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–1649. CITY OF PARMA, OHIO, ET AL. *v.* RECORD REVOLUTION, NO. 6, INC., ET AL. Appeal from C. A. 6th Cir. Judgment vacated and case remanded for further consideration in light of *Hoffman Estates* v. *Flipside, Hoffman Estates, Inc.*, 455 U. S. 489 (1982). JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 80–1542. RIVERS, EXECUTOR, ET AL. *v.* ROSENTHAL & Co. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Merrill Lynch, Pierce, Fenner & Smith* v. *Curran, ante,* p. 353.

No. 81–1118. INTERNATIONAL MOLDERS & ALLIED WORKERS UNION, AFL–CIO, LOCAL 342, ET AL. *v.* TERRELL ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pullman-Standard* v. *Swint, ante,* p. 273.

No. 81–1750. WASHINGTON *v.* GIBSON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Engle* v. *Isaac, ante,* p. 107, and *United States* v. *Frady, ante,* p. 152.